2003 JA -6 PM 12: 25

UNITED STATES BANKRUPTCY COURT
DISTRICTOF CONNECTICUT

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LE ENTERPRISES, INC. d/b/a | ) | Case No. 02-30608 (ASD) |
| SKIP BARBER RACING SCHOOL, INC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR ALL NOTICES AND PLEADINGS

Thomas W. Edgington and Thomas A. Gugliotti of Updike, Kelly & Spellacy, P.C.

hereby appears on behalf of JOHN BARBER, III, SKIP BARBER PROPERTIES, LLC

and LIME ROCK PARK ASSOCIATES and requests that pursuant to Bankruptcy Rules

2002(g), (I), 2015(c), 3017(a) that Updike, Kelly & Spellacy, P.C. receive copies of all

notices, reports, motions, briefs, memoranda, pleadings, proposed plans, disclosure

statements, proposed orders, confirmed copies of orders and any other documents or

instruments (the "Documents") filed in the above captioned bankruptcy proceeding. All

such documents should be served upon the following:

Thomas W. Edgington, Esq. (ct22277)
Thomas A. Gugliotti, Esq. (ct05288)
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, Connecticut 06123-1277

300865

#49

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex, telecopy facsimile or otherwise, which affects the Debtor or the property of the Debtor.

Dated at Hartford, Connecticut this 3rd day of January, 2003

Thomas W. Edgington, Esq.
   Federal Bar No. ct22277
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, Connecticut 06123-1277
(860) 548-2649

Thomas A. Gugliotti, Esq.
   Federal Bar No. ct05288
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, Connecticut 06123-1277
(860) 548-2649

-2-

UNITED STATES BANKRUPTCY COURT
DISTRICTOF CONNECTICUT

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LE ENTERPRISES, INC. d/b/a | ) | Case No.  02-20608 (ASD) |
| SKIP BARBER RACING SCHOOL, INC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

## <u>CERTIFICATION OF SERVICE</u>

This is to certify that on the 3rd day of January, 2003, the undersigned did cause to

be sent, via first class U.S. Mail, postage prepaid, a copy of the Notice of Appearance and

Request for all Notices and Pleadings to:

United States Trustee
265 Church Street
Suite 1103
New Haven, CT  06510-7013

Jamie Hedlun
2078 14th Avenue
McPherson, KS  67460

LE Enterprises, Inc. d/b/a Skip Barber Racing
School, Inc.
29 Brook Street
Lakeville, CT  06039

IOS Capital, LLC
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

-3-

Elizabeth J. Austin, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7706
*Attorney for Debtor(s)*

David S. Abrams
1221 Park Avenue
Boca Raton, FL  33486

General Electric Capital Corporation
Leslie Ann Berkoff
Moritt Hock Hamroff & Horowitz, LLP
400 Garden City Place, Suite 202
Garden City, NY  11530

Donald and Jennifer Mitton
21557 Nathan Court
South Lyon, MI  48718

Amy Reynolds
15516 West 141 Street
Olathe, KS  66062

Intercity Lines, Inc.
Frank J. Weiner
99 Summer Street
13th Floor
Boston, MA  02110-1235

Cheryl Martin
GFX Corporation
30 South Wacker
Suite 903
Chicago, IL  60606

Midway Clinic Cars
4751 Wilshire Boulevard
Suite 125
Los Angeles, CA  90010-3838

Stuart Bear, Esq.
Zeldes, Needle & Cooper
100 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT  06601-1740

American Express Company
One Commercial Plaza
Hartford, CT  06103

-4-

American Express Company
American Express Tower
World Financial Center
200 Vesey Street
New York, NY  10007

_Thomas W. Edgington, Esq._