UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven DIVISION

In re:  
LE Enterprises, Inc.  
dba Skip Barber Racing School, Inc.

Case No. 02-30608 ASD

(CHAPTER 7)

Debtor(s).

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

XXX    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: 11/8/10

_____  
ROBERTA NAPOLITANO, Trustee  
350 FAIRFIELD AVENUE  
BRIDGEPORT, CT 06604  
(203) 333-1177

**EXHIBIT A**

Case Name:   LE Enterprises, Inc.
Case Number:  02-30608

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Massachusetts Dept. of Revenue<br>P.O. Box 9484<br>Boston, MA 02205 | 191 | $1,412.00 | | $1,412.00 |
| Dennis J. Baker<br>1035 Princeton<br>Berkley, MI 48072 | 7 | $99.00 | | $99.00 |
| Jennifer Evans<br>418 SE 2 STreet<br>Deerfield Beach, FL 33441 | 15 | $800.00 | | $800.00 |
| Lisa Bass<br>6852 Howell Road<br>Lumberton, NC 28358 | 16 | $99.00 | | $99.00 |
| Carr, Charles B.<br>18976 Monterey Street<br>Hesperia, CA 92345 | 26 | $425.00 | | $425.00 |
| Westerman, Debbie<br>906 Old Harrods Circle Road<br>Louisville, KY 40223 | 38 | $400.00 | | $400.00 |
| Norris, Duane<br>12917 W. 118th Terrace<br>Overland Park, KS 66210 | 40 | $425.00 | | $425.00 |
| Mertz, Catherine M.<br>18723 MacArthur<br>Redford, MI 48240 | 42 | $349.00 | | $349.00 |
| Medina Segura<br>405 Locust Aveneu<br>Manteca, CA 95337 | 53 | $830.00 | | $830.00 |
| Tracy Montague<br>Advanced Physical Therapy, 2460 North Pondersa #A-109<br>Camarillo, CA 93010 | 58 | $90.00 | | $90.00 |
| Cynthia Giangreco<br>Advanced Physical Therapy, 2460 North Ponderosa Avenue A-109<br>CAmarillo, CA 93010 | 59 | $90.00 | | $90.00 |
| Bentivegna, Jeremy<br>1425 North Benton Way<br>Los Angeles, CA 90026 | 66 | $950.00 | | $950.00 |
| Campana, Ed<br>14926 Valley Boulevard<br>Fontana, CA 92335 | 74 | $425.00 | | $425.00 |
| Jamie Hedlund<br>2078 14th Avenue<br>McPherson, KS 67460 | 76 | $425.00 | | $425.00 |

| Name/Address | | | |
|---|---|---|---|
| Caporicci, Dana<br>21171 Banff Lane<br>Huntington Beach., CA 92646 | 77 | $975.00 | $975.00 |
| Elmo Batten<br>2517 South Rene Drive<br>Santa Ana, CA 92704 | 105 | $450.00 | $450.00 |
| Rempp, Jennifer<br>3228 Clairemont Drive<br>San Diego, CA 92117 | 107 | $450.00 | $450.00 |
| Tracy Colby<br>1119 Sonora Avenue Apt. B<br>Glendale, CA 91201 | 109 | $402.00 | $402.00 |
| Nicole Hudson<br>12395 First American Way<br>Poway, CA 92064 | 110 | $446.00 | $446.00 |
| Jeffrey Scott Duggan<br>161 Pergola<br>Irvine, CA 92612 | 113 | $99.00 | $99.00 |
| Rett Rasmussen<br>15924 Arbela Drive<br>Whittier, CA 90603 | 118 | $395.00 | $395.00 |
| Jeff Novak<br>1150 Brookside Avenue, Suite K<br>Redlands, CA 92373 | 120 | $425.00 | $425.00 |
| Pamela D. Hutcherson Advanced Physical Therapy<br>2460 N. Ponderosa Drive, A-109<br>Camarillo, CA 93010 | 136 | $90.00 | $90.00 |
| Dean M. Pagano<br>164 W. Thomson Avenue<br>Springfield, PA 19064 | 145 | $695.00 | $695.00 |
| William Esses<br>33049 Calle Avindor #C<br>San Joan Capistrano, CA 92675 | 146 | $250.00 | $250.00 |
| Holderbaum, Richard & Geraldine<br>17308 DeGroot Place<br>Cerritos, CA 90703 | 161 | $425.00 | $425.00 |
| Randall D. Hartle<br>2600 W. La Habra Blvd. 252<br>La Habra, CA 90631 | 170 | $425.00 | $425.00 |
| Olthaus, Margaret C.<br>7330 N.W. 13th Court<br>Plantation, FL 33313 | 175 | $846.00 | $846.00 |
| Tony C. Burns<br>2510 Maple Brenner Road<br>Portsmouth, OH 45662 | 176 | $830.00 | $830.00 |
| Chad D. Weinand<br>12331 Travis Lane #1613<br>Overland Park, KS 66209 | 178 | $99.00 | $99.00 |

| | | | |
|---|---|---|---|
| Thomas McDevitt<br>20025 Crescent Avenue<br>Lynwood, IL 60411 | 187 | $99.00 | $99.00 |
| Scott Dixon<br>430 Maplewood Lane<br>Acworth, GA 30101 | 204 | $1,114.00 | $1,114.00 |
| John Fyfe<br>6620 Densmore<br>Van Nuys, CA 91406 | 208 | $90.00 | $90.00 |
| David S. Abrams<br>1221 Park Avenue<br>Boca Raton, FL 33486 | 232 | $500.00 | $500.00 |
| Fiberglass Coatings Inc.<br>P.O. Box 60457, 3201 28th Street N.<br>St. Petersburg, FL 33784 | 50 | $523.23 | $480.09 |
| MCI WorldCom Network Services, Inc.<br>20855 Stone Oak Parkway<br>San Antonio, TX 78258 | 67 | $5,660.72 | $5,193.95 |
| Safety Kleen<br>P.O. Box 11393<br>Columbia, SC 29211 | 91 | $9,139.63 | $8,386.00 |
| K & K Insurance Co.<br>9921 Dupont Circle Dr. W., Ste 300<br>Fort Wayne, IN 46825 | 93 | $82,053.55 | $75,287.66 |
| Citibank USA NA<br>Staples Credit Plan, P.O. Box 8501<br>San Marcos, TX 78667-8501 | 95 | $16,244.40 | $14,904.93 |
| Connecticut Business Systems<br>31 Inwood Road<br>Rocky Hill, CT 06067 | 101 | $1,173.84 | $1,077.05 |
| McKinney Corp.<br>7334 S. 1200 E., P.O. Box 188<br>Otterbein, IN 47970 | 106 | $7,777.41 | $7,136.11 |
| Ameritech Bankruptcy Group<br>P.O. Box 981268<br>West Sacramento, CA 95798 | 223 | $577.67 | $530.04 |
| Pag's Coin Op<br>722 Main Street<br>Winsted, CT 06098 | 243 | $856.68 | $786.04 |
| Kerrin Bosse<br>6824 Explanade #204<br>Playa Del Rey, CA 90293 | 217 | $432.00 | $432.00 |
| Yvette M. Kuehn<br>2422 Richmond Way<br>Costa Mesa, CA 92626 | 216 | $403.00 | $403.00 |
| Kevin Lupton<br>2111 Burlington Drive<br>Midland, MI 48642 | 219 | $850.00 | $850.00 |
| Kevin Legese<br>23881 Rosehedge Street<br>Mission Viejo, CA 92691 | 224 | $432.00 | $432.00 |

|  |  |  | 0.00 | 131822.87 |
|---|---|---|---|---|
| TOTAL AMOUNT REMITTED TO CLERK: |  | $ | 0.00 | 131,822.87 |