## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### New Haven Division

---

In re:  
LE Enterprises, Inc.  
dba Skip Barber Racing School, Inc.

Case No. 02-30608 ASD

(CHAPTER 7)

Debtor(s).

---

### REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____ The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

✓ More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: 3/9/11

ROBERTA NAPOLITANO, Trustee  
350 FAIRFIELD AVENUE  
BRIDGEPORT, CT 06604  
(203) 333-1177

# EXHIBIT A

Case Name: LE Enterprises, Inc.
Case Number: 02-30608

| Creditor<br>Name and Address | Claim<br>Number | Distrib.<br>Amount | Small<br>Dividend | Unclaimed<br>Dividend |
|---|---|---|---|---|
| Carlson Propane<br>Pike Road East, P.O. Box 760<br>Sheffield, MA 01257 | 64 | $81.50 | | $0.09 |
| Safety Kleen<br>P.O. Box 11393<br>Columbia, SC 29211 | 91 | $9,139.63 | | $10.54 |
| BTK Motorsports<br>630 State Docks Road<br>Decatur, AL 35601 | 102 | $871.02 | | $1.00 |
| Stinger Collision Center<br>14537 Manzanita Drive<br>Fontana, CA 92335 | 112 | $4,870.00 | | $5.62 |
| The Spare Time Shop<br>2607 Alt 27 South<br>Sebring, FL 33870 | 140 | $5,940.43 | | $6.85 |
| The Monterey County Herald<br>Attn: Renee Gamboa, PO Box 271<br>Monterey, CA 93942 | 147 | $634.88 | | $0.73 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 0.00 | $ 24.83 |