UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

In re:  
LE Enterprises, Inc.  
dba Skip Barber Racing School, Inc.

Case No. 02-30608 ASD

(CHAPTER 7)

Debtor(s).

### REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

\_\_\_\_\_ The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

XXX More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: April 25, 2011

ROBERTA NAPOLITANO, Trustee  
350 FAIRFIELD AVENUE  
BRIDGEPORT, CT 06604  
(203) 333-1177

**EXHIBIT A**

Case Name:    LE Enterprises, Inc.
Case Number:  02-30608

| Creditor<br>Name and Address | Claim<br>Number | Distrib.<br>Amount | Small<br>Dividend | Unclaimed<br>Dividend |
|---|---|---|---|---|
| **Fiberglass Coatings Inc.**<br>P.O. Box 60457, 3201 28th Street N.<br>St. Petersburg, FL 33784 | 50 | $523.23 | | *$0.60* |
| **MCI WorldCom Network Services, Inc.**<br>20855 Stone Oak Parkway<br>San Antonio, TX 78258 | 67 | $5,660.72 | | *$6.53* |
| **K & K Insurance Co.**<br>9921 Dupont Circle Dr. W., Ste 300<br>Fort Wayne, IN 46825 | 93 | $82,053.55 | | *$94.57* |
| **Citibank USA NA**<br>Staples Credit Plan, P.O. Box 8501<br>San Marcos, TX 78667-8501 | 95 | $16,244.40 | | *$18.73* |
| **Connecticut Business Systems**<br>31 Inwood Road<br>Rocky Hill, CT 06067 | 101 | $1,173.84 | | *$1.35* |
| **McKinney Corp.**<br>7334 S. 1200 E., P.O. Box 188<br>Otterbein, IN 47970 | 106 | $7,777.41 | | *$8.96* |
| **Airfasco Industries**<br>207 Schneider Road S.E.<br>Canton, OH 44720 | 192 | $2,030.85 | | *$2.34* |
| **Ameritech Bankruptcy Group**<br>P.O. Box 981268<br>West Sacramento, CA 95798 | 223 | $577.67 | | *$0.66* |
| **Pag's Coin Op**<br>722 Main Street<br>Winsted, CT 06098 | 243 | $856.68 | | *$0.99* |
| **Kelly Bussey**<br>c/o Goldberg Segalla LLP Mark R. Cramer,<br>100 Pearl Street 7th Floor<br>Hartford, CT 06103 | 226 | $2,562.41 | | *$97.37* |
| **The Racing Experience**<br>c/o Goldberg Segalla, LLP Mark R. Cramer,<br>100 Pearl Street 7th Floor<br>Hartford, CT 06103 | 227 | $164,311.00 | | *$189.39* |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $     0.00 | $    421.49 |